UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL JOHN WROBEL,<br><br>Defendant. | Case No. 1:17-cr-00132-BLW<br><br>**ORDER** |

The Court has before it the government's Motion to Dismiss. (Dkt. 36). Good cause appearing, the Court will grant the motion.

**ORDER**

**IT IS ORDERED:**

1. The government's Motion to Dismiss (Dkt. 36) is **GRANTED** without prejudice.

2. The Defendant's Motion for Release (Dkt. 35) is **DENIED** as moot.

3. The Clerk shall close this case.

DATED: January 18, 2018

B. Lynn Winmill
Chief Judge
United States District Court

ORDER - 1